***United States District Court for the Northern District of Illinois***

Case Number: 25cv9995 Assigned/Issued By: EAK

Judge Name: Pallmeyer Designated Magistrate Judge: Fuentes

**FEE INFORMATION**

***Amount Due:***

- ☐ $405.00
- ☐ $52.00
- ☐ $5.00
- ☐ IFP
- ☐ No Fee
- ☐ Other ______________
- ☐ $605.00

Number of Service Copies ____________ Date: ________________________

(For Use by Fiscal Department Only)

Amount Paid: ____________________ Receipt #: ___________________

Date Payment Rec'd: ______________ Fiscal Clerk: _________________

**ISSUANCES**

- ☐ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Abstract of Judgment ______________________________ ______________________________ (Victim, Against and $ Amount)
- ☐ Wage-Deduction Garnishment Summons
- ☑ Citation to Discover Assets
- ☐ Writ ________________________ (Type of Writ)

1 Original and 0 copies on 8/5/26 (Date) as to ________________________________

All Source Directional Boring, Inc. (No notice filed)

Rev. 12/1/2023