# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 25-cv-9995 | **Court:** IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION | **County:** | **Job:** 16549977 |
| **Plaintiff / Petitioner:** Midwest Operating Engineers Welfare Fund, et al | | **Defendant / Respondent:** Dynasty Utility Services Inc. f/k/a All Source Directional Boring, Inc., a dissolved Illinois corporation, et al., | |
| **Received by:** Theodore Tyk | | **For:** Local 150 Legal Dept. | |
| **To be served upon:** All Source Directional Boring, Inc. c/o Anthony Carbone, President | | | |

Theodore Tyk, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** All Source Directional Boring, Inc. c/o Anthony Carbone, President , 1152 Glenys Drive, Lemont, IL 60439

**Manner of Service:** Corporation, Aug 16, 2026, 2:00 pm CDT

**Documents:** Letter, Judgment Order, Citation Notice and Citation to Discover Assets, Check for $60.98, check for 60.98

**Additional Comments:**

1) Unsuccessful Attempt: Aug 12, 2026, 9:31 am CDT at 1152 Glenys Drive, Lemont, IL 60439
Female late early 60s says she's Anthony is not home. She doesn't work for All Source Directional Boring.

2) Unsuccessful Attempt: Aug 13, 2026, 7:58 pm CDT at 1152 Glenys Drive, Lemont, IL 60439
2 cars in driveway. Tv and lights on by front door. No contact with resident.

3) Successful Attempt: Aug 16, 2026, 2:00 pm CDT at 1152 Glenys Drive, Lemont, IL 60439 received by Anthony Carbone . Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 210; Height: 5'9"; Hair: Black; Eyes: Brown; Relationship: President

08/17/2026

Theodore Tyk **Date**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

08/17/2026

Theodore Tyk **Date**

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655
117.001816